UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                            Criminal No. 07-219(3) (JNE/AJB)
                                           ORDER

Jose Alfredo Ruiz,

        Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge, on March 20, 2008. The magistrate judge recommended denial of Defendant's Motion to Sever, Motion to Suppress Contents of Intercepted Wire and Oral Communications, and Motion to Suppress Evidence Obtained as a Result of Search and Seizure. Defendant objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Defendant's Motion to Sever [Docket No. 94] is DENIED.

2.     Defendant's Motion to Suppress Contents of Intercepted Wire and Oral Communications [Docket No. 96] is DENIED.

3.     Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 97] is DENIED.

Dated: April 18, 2008

                                                      s/ Joan N. Ericksen
                                                      JOAN N. ERICKSEN
                                                      United States District Judge